OPINION — AG — **** HEALTH DEPARTMENT BUILDINGS — CONSTRUCTION **** A COUNTY MAY CONSTRUCT NECESSARY COUNTY BUILDINGS TO BE USED IN PART BY A LOCAL HEALTH DEPARTMENT WITH FUNDS DERIVED FROM A BOND ISSUE AND LEVY PURSUANT TO ARTICLE X, SECTION 26, OKLAHOMA CONSTITUTION AND 19 O.S. 1961 301 [19-301] ET SEQ., AND 19 O.S. 1961 734 [19-734] . ALTERNATIVELY, SUCH CONSTRUCTION COULD BE FINANCED PURSUANT TO 19 O.S. 1961 731 [19-731] ET SEQ. FUNDS DERIVED FROM A LEVY PURSUANT TO ARTICLE X, SECTION 9(A), OKLAHOMA CONSTITUTION, AND 63 O.S. 1968 Supp., 1-223 [63-1-223] ET SEQ. MAY BE EXPENDED ONLY FOR MAINTAINING AND OPERATING A LOCAL DEPARTMENT OF HEALTH. CITE: 63 O.S. 1968 Supp 1-223 [63-1-223], 63 O.S. 1968 Supp 1-224 [63-1-224]. 63 O.S. 1968 Supp 1-101 [63-1-101], 63 O.S. 1968 Supp., 1-205(A) [63-1-205], ARTICLE X, SECTION 26 (DELL GORDON) *** OVERRULED BY: OPINION NO. 69-191 (1969) ** SEE: OPINION NO. 69-191 (1969) — THIS OVERRULES THAT OPINION **